IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**PIERRE CORTEZ HOSKINS,**

**Defendant.**                                                                 No. 04-CR-30138-DRH

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

      Before the Court is Defendant Pierre Hoskins' motion to unseal certain documents. (Doc. 23.) On or about October 21, 2003, federal agents searched the residence at 8205 Carol Drive, East St. Louis, Illinois, and seized a number of items. The search was conducted pursuant to a federal search warrant issued by Magistrate Judge Clifford J. Proud on October 16, 2003. The application for the warrant, the search warrant, and the return of the search warrant that relate to the October 21 search are sealed, presumably in case number 03-M-6118-CFP. Defendant's present motion seeks to unseal those documents to review whether the Government's documents and procedures complied with constitutional standards. (Doc. 23.) U.S. Attorney James Porter does not contest Defendant's motion to unseal documents.

Accordingly, the Court **GRANTS** Defendant's motion and **UNSEALS** the following documents relating to the search conducted on October 21, 2003: (1) the application for the search warrant, (2) the search warrant, and (3) the return of the search warrant.  The Court **DIRECTS** the Government to provide copies of these three document to Defendant's counsel.

**IT IS SO ORDERED.**

Signed this 28th day of June, 2005.

/s/   David Rherndon
**United States District Judge**