IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**PIERRE CORTEZ HOSKINS,**

**Defendant.**                                   No. 04-CR-30138-DRH

**ORDER**

**HERNDON, District Judge:**

Before the Court is a motion to continue submitted by Defendant Pierre Cortez Hoskins. (Doc. 36.) The Court finds that trial should be postponed since the parties are still in plea negotiations. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial. Therefore, the Court **GRANTS** Defendant's motion to continue. (Doc. 36.) The Court **CONTINUES** the jury trial scheduled for Monday, December 12, 2005, at 9:00 a.m. until Tuesday, February 21, 2006 at 9:30 a.m. The time from the date Defendant's motion was filed, November 30, 2005, until the date on which the trial is

rescheduled, February 21, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 1st day of December, 2005.

/s/          David RHerndon
**United States District Judge**